E-FILED 11/01/19

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN ALVAREZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-07220-PSG-AFM<br><br>Hon. Philip S. Gutierrez<br>Hon. Alexander F. MacKinnon<br><br>[~~PROPOSED~~] ORDER RE: JOINT STIPULATED REQUEST FOR DISMISSAL |

# ORDER

Having read and considered the Parties' Joint Stipulated Request for Dismissal and **GOOD CAUSE APPEARING** therefore, the Court orders as follows:

1. Pursuant to the settlement agreement reached by Plaintiff Alvin Alvarez and Defendant Office Depot, Inc., Plaintiff Alvin Alvarez's claims in this action are dismissed with prejudice. No other claims remain as the Court denied Plaintiff's motion for class certification in its entirety on June 27, 2019, and that order is now final following the Ninth Circuit Court of Appeals' denial of Plaintiff's Rule 23(f) Petition. To the extent any putative class member's claims in this action existed at the time of filing, they are dismissed without prejudice.

2. This action is dismissed in its entirety, with the Court expressly retaining jurisdiction for the sole purpose of enforcing the terms of the parties' settlement agreement.

3. The parties are to bear their own attorneys' fees and costs, except as provided in the settlement agreement.

4. Pursuant to the Parties' Settlement Agreement, neither Plaintiff nor Defendant will be deemed the prevailing party of this action.

**IT IS SO ORDERED.**

Dated: 11/1/19

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
United States District Judge